IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Riley Jr, Charles E

Printed: 2/19/08

Case Number: 07 B 03352
Judge: Goldgar, A. Benjamin
Filed: 2/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 8, 2008
Confirmed: May 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 50.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 233.80 |
| Trustee Fee: |  | 16.20 |
| Other Funds: |  | 0.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,324.00 | 233.80 |
| 2. | Ford Motor Credit Corporation | Unsecured | 2,077.19 | 50.00 |
| 3. | Chase Tax Related Products Group | Unsecured | 43.40 | 0.00 |
| 4. | Capital One | Unsecured | 52.80 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 4,672.03 | 0.00 |
| 6. | Arizona Div Of Child Support Enforcement | Priority | | No Claim Filed |
| 7. | Arizona Div Of Child Support Enforcement | Unsecured | | No Claim Filed |
| 8. | CBCS | Unsecured | | No Claim Filed |
| 9. | Fingerhut | Unsecured | | No Claim Filed |
| 10. | CBCS | Unsecured | | No Claim Filed |
| 11. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Franklin Collection | Unsecured | | No Claim Filed |
| 14. | HomeComings Financial Network | Unsecured | | No Claim Filed |
| 15. | Franklin Collection | Unsecured | | No Claim Filed |
| 16. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 17. | Primus Financial Services | Unsecured | | No Claim Filed |
| 18. | Student Finance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,169.42 | $ 283.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 16.20 |
| | _____ |
| | $ 16.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Riley Jr, Charles E

Printed:  2/19/08

Case Number:  07 B 03352
Judge:  Goldgar, A. Benjamin
Filed:  2/26/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

